EDWARD I. HORWICH, Plaintiff-Appellant, *v.* ELAINE L. HORWICH, Defendant-Appellee.

(No. 59891;

First District (4th Division)—November 27, 1974.

Opinion by Mr. JUSTICE DIERINGER.

Arthur W. Friedman, of Chicago (Devoe, Shadur & Krupp, of counsel), for appellant.

Thomas C. O'Brien, of Chicago, for appellee.